DONALD J. WINDER #3519
JOHN W. HOLT #5720
**WINDER & COUNSEL, P.C.**
460 South 400 East
Salt Lake City, UT 84111
Telephone: (801) 322-2222
Facsimile: (801) 322-2282
dwinder@winderfirm.com
jholt@winderfirm.com

Attorneys for Plaintiff

---

### IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| ALMAC SA,<br><br>  Plaintiff,<br><br>v.<br><br>PANALPINA LTD, PANALPINA SA, PANALPINA, INC., CARGOLUX AIRLINES INTERNATIONAL S.A., LAND AIR EXPRESS, INC., WILLOW EXPRESS, INC., and A BETTER PALLET CO., LLC,<br><br>  Defendants. | **ACCEPTANCE OF SERVICE**<br><br>Case No.: 2:12-cv-00951-TS<br><br>Judge: Ted Stewart |

David M. Wahlquist, Esq., of the law firm of Kirton McConkie, hereby represents that he is counsel for Defendant Cargolux Airlines International, S.A. and acknowledges receipt of a copy of the Complaint on file herein, waives formal service of process on the said Defendant and agrees to answer or otherwise respond to the Complaint, on behalf of the Defendant, within the time and in the manner contemplated by the Federal Rules of Civil Procedure.

DATED this 15th day of January, 2013.

/s/ David M. Wahlquist
David M. Wahlquist
*Attorney for Defendant Cargolux*
*Airlines International, S.A.*